# EXHIBIT B

COMMONWEALTH OF MASSACUSETTS

MIDDLESEX, SS.                                SUPERIOR COURT DEPARTMENT
                                              CIVIL ACTION NO. 1781CV03584

KRISTEN SLUYSKI,                        )
individually and on behalf of all others )
similarly situated,                     )
                                        )
      Plaintiff,                        )
                                        )
v.                                      )
                                        )
AMERICAN GENERAL LIFE                   )
INSURANCE COMPANY,                      )
                                        )
      Defendant.                        )
                                        )

**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE BE ADVISED that on March 2, 2018, this action, pursuant to 28 U.S.C. §§ 1332, 1441(a), 1446, and 1453, was removed to the United States District Court for the District of Massachusetts pursuant to a Notice of Removal dated March 2, 2018.

WHEREFORE, Defendant American General Life Insurance Company respectfully gives notice that the Middlesex County Superior Court is required to effect the removal of this case and shall proceed no further in this action pursuant to 28 U.S.C. § 1446(d) unless and until it is remanded.

*[Signatures on Next Page]*

Respectfully submitted,

AMERICAN GENERAL LIFE INSURANCE COMPANY,

By its attorneys,

*[signature]*

---

Matthew G. Lindenbaum (BBO #670007)
Kevin P. Polansky (BBO #667229)
Christine M. Kingston (BBO #682962)
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109
(t) (617)-217-4700
(f) (617) 217-4710
matthew.lindenbaum@nelsonmullins.com
kevin.polansky@nelsonmullins.com
christine.kingston@nelsonmullins.com

March 2, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, March 2, 2018, a true and accurate copy of the foregoing document has been served upon all opposing parties and/or counsel of record via first class mail as identified below:

Mark B. Ryan
Ryan Law LLC
481 Great Road, Suite 19
Acton, MA 01720
   *Counsel for Plaintiff*

*[signature]*

---

Matthew G. Lindenbaum

2