UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KRISTEN SLUYSKI, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) C.A. No. 18-10411-PBS ) ) |
| v. | ) ) |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## 1st AMENDED COMPLAINT

Plaintiff Kristen Sluyski ("Ms. Sluyski"), individually and on behalf of all others similarly situated, hereby amends her complaint originally filed in Middlesex Superior Court on December 17, 2017 to drop the request to have a national class certified and instead request that the Court certify a state class for the state of Massachusetts. She reasserts all other claims in the complaint as if stated here.

>KRISTEN SLUYSKI, individually and on
>behalf of all others similarly situated,
>By their attorneys,
>
>  /s/ Mark B Ryan
>BBO # 665310
>Ryan Law LLC
>481 Great Rd Suite 19
>Acton MA 01720
>Tele 978-264-9966
>Fax 978-264-9979
>mryan@ryanlawllc.com

1

CERTIFICATE OF SERVICE

I, Mark B Ryan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: June 25, 2018

/s/ Mark B Ryan

4838-6934-7938, v. 1