UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KRISTEN SLUYSKI, Individually And on behalf of all others Similarly situated, <br> Plaintiff <br><br> v. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, <br> Defendant | Civil Action No. 18-10411-PBS |

**ORDER**
June 10, 2018

The Motion for Extension of Time is ALLOWED. No further extensions will be allowed. Unless new counsel files an appearance by July 24, 2018, the class action will be dismissed without prejudice. Counsel must be disqualified because he has stated he will be a witness in the case. Accordingly, he cannot serve as class counsel pursuant to Fed. R. Civ. P. 23(g) or even represent Ms. Sluyski individually. Ms. Sluyski shall inform the Court whether she intends to proceed pro se if no new counsel has filed an appearance By July 24, 2018.

/s/ PATTI B. SARIS          .
Hon. Patti B. Saris
Chief U.S. District Judge