UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kristen Sluyski, individually and on
behalf of all others similarly situated,
  Plaintiff

V.

American General Life Insurance Company,
  Defendant

CIVIL ACTION

NO. 1:18-cv-10411-PBS

**SETTLEMENT ORDER OF DISMISSAL**

SARIS, Chief Judge

The Court having been advised on October 2, 2019, by the parties that the above action has been settled:

IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

By the Court,

October 3, 2019

/s/  Miguel A. Lara

   Date

Deputy Clerk